**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1824**

MELISSA DENT,

        Plaintiff - Appellant,

    v.

UNIVERSITY OF MARYLAND,

        Defendant - Appellee,

    and

MD SMALL BUSINESS DEVELOPMENT CENTER,

        Defendant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Senior District Judge. (8:16-cv-02446-DKC)

Submitted: November 14, 2017           Decided: January 24, 2018

Before MOTZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Melissa Dent, Appellant Pro Se. Constantine Alexander Hortis, Christopher Bowie Lord, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for

Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melissa Dent appeals the district court's order dismissing her employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *Dent v. Univ. of Md.*, No. 8:16-cv-02446-DKC (D. Md. June 12, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*